## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In Re:

  Hubert Ferris

Case No.:      17-31686

Hearing Date:      12/14/2017

Chapter:      13

Judge:      John K. Sherwood

### NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable _____ John K. Sherwood _____,
United States Bankruptcy Judge.

**Reason for Hearing:**      Objection to the Motion to Extend Time to File Missing

Schedules filed by the Trustee

**Location of Hearing:**      Courtroom No. _3D_
US Bankruptcy Court
50 Walnut Street
Newark, New Jersey 07102

**Date and Time:**      12/14/2017 at 11:00am , or as
soon thereafter as counsel may be heard.

**COURT APPEARANCES:**    ☒ **ARE REQUIRED**    ☐ **ARE NOT REQUIRED**

DATE: _11/13/2017_

JEANNE A. NAUGHTON, Clerk

By: /s/EdithValentin
Deputy Clerk

### CERTIFICATE OF MAILING

I HEREBY CERTIFY that on _____ 11/13 _____, 20 17 this notice was served on the
following: Debtor, Debtor's Counsel, Trustee, Creditor and Creditor's Counsel

JEANNE A. NAUGHTON, Clerk

By: /s/EdithValentin
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-31686-JKS
Hubert Ferris                                                             Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 1          Date Rcvd: Nov 13, 2017
                             Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 15, 2017.
db              +Hubert Ferris,    12 Wilkinson Avenue,    Jersey City, NJ 07305-4215

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                               TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 13, 2017 at the address(es) listed below:
          Kenneth J. Rosellini     on behalf of Debtor Hubert  Ferris kennethrosellini@gmail.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor    MANUFACTURERS AND TRADERS TRUST COMPANY et. al.
           rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                               TOTAL: 4